Esperanza Ponce   # 78880510

Victorville Camp FCI Med I
PO Box 5300
Adelanto, CA 92301



FILED
CLERK, U.S. DISTRICT COURT
FEB 10 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the United States District Court
for the District of Central California

Esperanza Ponce, Petitioner,

vs.

Warden Eliseo Ricoleol, Respondent.

Civil Case No. 5:25-CV-00376-MCS-DFM

28 U.S.C. § 2241 for Immediate Release As President Biden and Merrick B. Garland Signed Into Law Amended Federal First Offender's Act

## 28 U.S.C. § 2241 for Immediate Release As President Biden and Merrick B. Garland Signed Into Law Amended Federal First Offenders Act

It is axiomatic that pro se filings should be liberally construed. See Erickson v. Pardus, 551 U.S. 89, 94 (2007). "In practice, this liberal construction allows courts to recognize claims despite various formal deficiencies, such as incorrect labels or lack of cited legal authority." Wall v. Rasnick, 42 F.4th 214, 218 (4th Cir. 2022).

I am asking for immediate release from prison to be put on supervised release per the amended Federal First Offenders Act that was signed by President Biden and Merrick B. Garland Attorney General on January 2025. I am guilty of a crime that is covered and I am first time offender which qualifies me for immediate release. I make this under the penalty of perjury that the aforementioned is true and correct.

_Esperanza Ponce_   January 15, 2025, Adelanto, CA.

Esperanza Ponce  
#78880510  
Victorville Camp FCI, Med I  
PO Box 5300  
Adelanto, CA 92301



Att:  
Eduard C. Roybal. Bldg Courthouse  
250 East Temple Street, Room #180  
Los Angeles, CA 90012



SN BERNARDINO CA 923  
5 FEB 2025 PM 4 L

RECEIVED  
CLERK U.S. DISTRICT COURT  
FEB 10 2025  
CENTRAL DISTRICT OF CALIFORNIA  
BY ___ DEPUTY